**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, ET AL.,

                      Petitioners,                        19 **CIVIL** 8420 (JGK)

          -against-                              **JUDGMENT**

DREAMLAND CONSTRUCTION, INC.,

                      Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 11, 2020, the petition to enforce the arbitration award dated July 15, 2019, in the amount of $88,141.92, plus interest from the date of the arbitration award, namely July 15, 2019, accrued at an annual rate of 7.5% until the date of judgment in the amount of $3,296.27 is granted, also $1,567.50 in attorney's fees and $70 in costs; judgment is entered in favor of petitioners and against the respondent in the total sum of $93,075.69; post-judgment interest on the entire amount of the judgment will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961; accordingly, this case is closed.

**Dated:**  New York, New York
            January 13, 2020

                                                RUBY J. KRAJICK
                                                 Clerk of Court
                                  BY:

                                                    Deputy Clerk

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 1/13/2020